JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MB FINANCIAL BANK, N.A. <br><br> Plaintiff(s), <br><br> vs. <br><br> KARTEL PLASTICS, INC., et al., <br><br> Defendant(s). | Case No. 5:17-cv-00024-RGK-SP <br><br> ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

At the June 12, 2017 Scheduling Conference, the Court ordered the answer of defendant Kartel Plastics, Inc. stricken and dismissed the counterclaim for lack of prosecution. Plaintiff was ordered to proceed with default. As of this date, plaintiff has failed to request the clerk to enter default against defendant Kartel Plastics, Inc. and has failed to file proof of service of the summons and complaint as to defendant International Precision Components Corporation. The matter is ordered dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: November 7, 2017

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE